50 A.3d 1284

COMMONWEALTH of Pennsylvania, Respondent

v.

Marqwise STRATTON, Petitioner.

No. 57 EM 2012.

Supreme Court of Pennsylvania.

Aug. 21, 2012.

## ORDER

PER CURIAM.

AND NOW, this 21st day of August, 2012, in response to the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc,* this matter is **REMANDED** to the Court of Common Pleas of Philadelphia County. The trial court shall appoint new counsel to Petitioner within 90 days of this order.

New counsel shall file a Petition for Allowance of Appeal within 30 days of appointment.